**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

Dunning Vallejo & MacDonald LLP,

Petitioner,

-against-

Novel Energy Solutions, LLC,

Respondent.

-----------------------------------------------------------------X

26 **CIVIL** 6885 (AKH)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 29, 2026, Petitioner's motion to Confirm Arbitration is GRANTED. Accordingly, judgment is entered in favor of Petitioner in the amount of $463,243.74 plus any additional interest and costs.

**Dated**: New York, New York
September 30, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**